

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-18-00049-CV

**IN THE INTEREST OF J. R.H, A CHILD**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00265
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to April 23, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court